IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**BILLY CLIFTON STEWART,**

    **Plaintiff,**

v.                                        **CASE NO. 5:09-cv-285-RS-CJK**

**FLORIDA DEPARTMENT OF EDUCATION
& VOCATIONAL REHABILITATION
DIVISION, et al.,**

    **Defendants.**
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 58). No objections have been filed.

**IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.    Plaintiff's claims are **DISMISSED with prejudice** under 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

    3.    The clerk is directed to close the file.

**ORDERED** on April 27, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**